OPINIONS OF THE SUPREME COURT OF OHIO
     The full texts of the opinions of the Supreme Court of Ohio
are being transmitted electronically beginning May 27, 1992,
pursuant to a pilot project implemented by Chief Justice Thomas
J. Moyer.
     Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Barrett, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.  Your
comments on this pilot project are also welcome.
     NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.

Lance et al., Appellants, v. Aetna Casualty and Surety Company,
Appellee.
[Cite as Lance v. Aetna Cas. & Sur. Co. (1994),      Ohio
St.3d     .]
Automobile liability insurance -- Uninsured motorist coverage
     designed to protect persons, not vehicles -- Policy
     provision which eliminates uninsured motorist coverage for
     persons insured thereunder who are injured while occupying
     a motor vehicle owned by an insured, but not specifically
     listed in the policy, violates R.C. 3937.18 and is invalid.
     (No. 94-998 -- Submitted August 31, 1994 -- Decided October
5, 1994.)
     Appeal from the Court of Appeals for Cuyahoga County, No.
64863.

     Elk & Elk Co., L.P.A., Todd O. Rosenberg and David J. Elk,
for appellants.
     Rhoa, Follen & Rawlin Co., L.P.A., Ronald V. Rawlin and
James H. Crawford, for appellee.

     The judgment of the court of appeals is reversed on the
authority of Martin v. Midwestern Group Ins. Co. (1994),
Ohio St.3d    ,      N.E.2d    , decided today.
     A.W. Sweeney, Douglas, Resnick, F.E. Sweeney and Pfeifer,
JJ., concur.
     Moyer, C.J., concurs separately.
     Wright, J., dissents for the reasons stated in the
dissenting opinions in Martin v. Midwestern Group Ins. Co.
(1994),      Ohio St.3d    ,      N.E.2d    .
     Moyer, C.J., concurring separately.  I concur separately in
the judgment entry in the above-styled case.  As my dissent in
Martin v. Midwestern Group Ins. Co. (1994),      Ohio St.3d
,      N.E.2d    , stated, I do not agree with the law announced
in the majority decision.  Nevertheless, it is the law on the
issue in the above-styled case.  As I believe all parties should
receive equal application of the law announced by this court,
and only for that reason, I concur in the judgment entry.